Opinion issued August 28, 2018



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-18-00699-CR

———————————————

## IN RE JIMMY L. CHAMBERS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Jimmy L. Chambers, has filed a petition for a writ of mandamus, seeking to compel respondent, the Honorable Jan Krocker, to forward his "Writ of Habeas Corpus under Texas Code of Criminal Procedure Article 11.07" to the Texas Court of Criminal Appeals.[1]

---

[1] The underlying case is *The State of Texas v. Jimmy L. Chambers*, Case No. 615357-B, in the 184th District Court of Harris County, Texas, the Honorable Jan Krocker presiding.

Because his petition reflects that he has filed an article 11.07 application for a writ of habeas corpus in the trial court, his mandamus petition relates to a pending post-conviction habeas corpus application involving a final felony conviction. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West 2015). Only the Texas Court of Criminal Appeals has jurisdiction in post-conviction habeas corpus proceedings. *See Padieu v. Court of Appeals of Tex., Fifth Dist.*, 392 S.W.3d 115, 117 (Tex. Crim. App. 2013). "To complain about any action, or inaction, of the convicting court, the applicant may seek mandamus relief in the Court of Criminal Appeals." *In re Briscoe*, 230 S.W.3d 196, 196–97 (Tex. App.—Houston [14th Dist.] 2006, orig. proceeding); *see, e.g.*, *Benson v. Dist. Clerk*, 331 S.W.3d 431, 433 (Tex. Crim. App. 2011) (court of criminal appeals conditionally granted mandamus application against district clerk to compel performance of ministerial duty to receive and file article 11.07 application). This Court, however, has no authority to issue writs of mandamus in criminal law matters pertaining to proceedings under article 11.07. *See In re Briscoe*, 230 S.W.3d at 197; *In re McAfee*, 53 S.W.3d 715, 717 (Tex. App.— Houston [1st Dist.] 2001, orig. proceeding).

Accordingly, we dismiss relator's petition for want of jurisdiction.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Lloyd.

Do not publish.   TEX. R. APP. P. 47.2(b).